# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2013

## NO. 03-12-00064-CV

**Avery Setzer and Sanda Setzer, Appellants**

**v.**

**Branch Banking and Trust Company, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## DISMISSED AS MOOT-- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on December 13, 2011. Having reviewed the record, it appears that the appeal should be dismissed as moot. Therefore, the Court dismisses the appeal. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.